UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

AM RESEARCH GROUP, LLC,
    *Plaintiff,*

vs.

BALMORAL OFFSHORE, INC.,
    *Defendant.*

Civil Action No. 2:18-cv-161

**Jury Trial Demanded**

## JOINT MOTION TO DISMISS WITH PREJUDICE BASED ON THE PARTIES' SETTLEMENT AGREEMENT

Plaintiff AM Research Group, LLC ("AMRG") and Defendant Balmoral Offshore, Inc. ("Balmoral")(collectively "Parties") jointly file this their Joint Motion to Dismiss with Prejudice Based on the Parties' Settlement Agreement.  In support, Parties respectfully show as follows:

Parties have fully and finally settled all claims and counterclaims (known or unknown, pled or unpled) between each other relating to United States patent No. 6,435,775 and the subjects of this lawsuit by entering into a binding Settlement Agreement. Based on their Settlement Agreement, there is no need for this case to continue.  Parties respectfully move the Court to dismiss this case with prejudice.

Each Party has agreed to bear its own attorneys' fees, expenses, and costs.

A proposed order for dismissal is enclosed.

Date:  July 6, 2018                    Respectfully submitted,


                                       _/s/Bradford T. Laney_____
                                       Bradford T. Laney
                                       1800 Augusta Drive, Suite 300
                                       Houston, TX 77057
                                       713-429-8050 (telephone)
                                       713-429-8045 (facsimile)
                                       Email: blaney@amrgco.com

                                       **GENERAL COUNSEL FOR
                                       PLAINTIFF AM RESEARCH
                                       GROUP, LLC**


                                       **EWING & JONES, PLLC**


                                       Keith D. Jaasma
                                       SBT No: 00794014
                                       kjaasma@ewingjones.com
                                       David M. Crimmins, II
                                       SBT No: 24055360
                                       dcrimmins@ewingjones.com
                                       6363 Woodway, Suite 1000
                                       Houston, Texas 77057
                                       (713) 590-9600 - Telephone
                                       (713) 590-9602 – Facsimile
                                       **COUNSEL FOR DEFENDANT,
                                       BALMORAL OFFSHORE, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that he served opposing counsel with this Motion through the Court's ECF/PACER filing system.

 */s/ Bradford T. Laney*
**Bradford T. Laney**