**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AM RESEARCH GROUP, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:18-CV-00161-JRG** |
| BALMORAL OFFSHORE, INC., | § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice Based on the Parties' Settlement Agreement (Dkt. No. 2) ("the Motion"). Having considered the joint nature of the Motion and the argument therein, the Court finds that the Motion should be and hereby is **GRANTED**.

The Court therefore **ORDERS** that all claims and counterclaims be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 9th day of July, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE